# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2024 KW 0621

VERSUS

ERROL WAYNE HICKS                           **SEPTEMBER 23, 2024**

---

In Re:     Errol Wayne Hicks, applying for supervisory writs, 21st
           Judicial District Court, Parish of Livingston, No.
           40090.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

    **WRIT DENIED.** The district court did not abuse its discretion in summarily dismissing the APCR. Relator failed to establish that relief should be granted. <u>See</u> La. Code Crim. P. art. 929(A), La. Code Crim. P. art. 930.2 & **State ex rel. Tassin v. Whitley,** 602 So.2d 721, 722 (La. 1992).

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT